certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Solicitor General Mitchell* for the United States. *Messrs. C. B. Ames, H. M. Gray, John J. Shea, Anthony P. Nugent, Wesley E. Disney, C. F. Newman* and *James C. Davis* for respondents.

---

No. 488. LOUISA C. AICHNER *v.* COMMONWEALTH CASUALTY COMPANY. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Lambert E. Walther, John S. Leahy* and *Walter H. Saunders* for petitioner. No appearance for respondent.

---

No. 489. REEVES COAL AND DOCK COMPANY, E. T. Mc-DONALD, RECEIVER, *v.* GEORGE E. GEDDES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. M. H. Boutelle* and *A. E. Boyesen* for petitioners. *Mr. Harold G. Simpson* for respondent.

---

No. 491. CAMP MANUFACTURING COMPANY *v.* S. LILES MILLER, ADMINISTRATOR. November 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of South Carolina denied. *Mr. C. B. Garnett* for petitioner. *Mr. D. W. Robinson* for respondent.

---

No. 492. UNION FREIGHT RAILROAD COMPANY *v.* BATCHELDER & SNYDER COMPANY. November 21, 1927. Petition for a writ of certiorari to the Superior Court of Suffolk County, State of Massachusetts, denied. *Mr. Arthur W. Blackman* for petitioner. No appearance for respondent.